## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MICHAEL BURKS**                                                          **PLAINTIFF**

**v.**                                **CASE NO. 5:10CV00358 BSM**

**STEVE CARTER AND BEN HINES, Individually and**
**in his Official Capacity as McGehee City Police**
**Officers; DIANE BALDWIN;**
**MCGEHEE-DESHA COUNTY HOSPITAL;**
**OBOMA ASEMOTA, M.D., and JOHN DOES 1-10**                **DEFENDANTS**


## ORDER

Plaintiff Michael Burks's unopposed oral motion to continue the trial setting is

granted.  Defendant Oboma Asemota, M.D. has fifteen days from the date of this order to

submit a brief in support of his motion for qualified immunity.  Burks shall have ten days

from the filing of Asemota's brief in which to respond.

IT IS SO ORDERED this 10th day of July 2012.


_____
UNITED STATES DISTRICT JUDGE