**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MICHAEL BURKS**                                                                                          **PLAINTIFF**

**v.**                                    **CASE NO. 5:10CV00358 BSM**

**STEVE CARTER AND BEN HINES, Individually and**
**in his Official Capacity as McGehee City Police**
**Officers; DIANE BALDWIN;**
**MCGEHEE-DESHA COUNTY HOSPITAL;**
**OBOMA ASEMOTA, M.D., and JOHN DOES 1-10**                          **DEFENDANTS**

## ORDER

The oral motion of plaintiff Michael Burks to amend the complaint and name defendant Diane Baldwin as a defendant in her individual capacity is granted. Baldwin has fifteen days from the date of this order to submit a brief in support of her motion for qualified immunity. Burks shall have ten days from the filing of Baldwin's brief in which to respond.

IT IS SO ORDERED this 10th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE